UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX )  3:05CV04586
MARKETING SALES PRACTICES AND )
PRODUCT LIABILITY LITIGATION )  **MDL NO. 1699**
)  **District Judge: Charles R. Breyer**
)
JOHN KNIGHT, ET UX )  **STIPULATION AND ORDER OF**
    Plaintiffs )  **DISMISSAL WITH PREJUDICE**
)
vs. )
)
PFIZER, INC., ET AL. )
    Defendants )

Comes now the Plaintiffs, JOHN KNIGHT and DOROTHY F. KNIGHT, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009    By: _____
Attorneys for Plaintiffs,
John Knight and
Dorothy F. Knight

DATED: December 15, 2009    By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010    _____
Hon. Charles R. Breyer
United States District Court