UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) | 3:05CV04586<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JOHN KNIGHT, ET UX ) Plaintiffs ) ) vs. ) ) PFIZER, INC., ET AL. ) Defendants ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiffs, JOHN KNIGHT and DOROTHY F. KNIGHT, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _August 20_, 2009     By: _[signature]_
Attorneys for Plaintiffs,
John Knight and
Dorothy F. Knight

DATED: _December 15_, 2009     By: _[signature]_
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _JAN - 4 2010_     _[signature]_
Hon. Charles R. Breyer
United States District Court